In the United States District Court
For the Northern District of Illinois
Eastern Division

| | |
|---|---|
| RANDALL METALS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>PUROLATOR FILTERS NA, LLC,<br><br>    Defendant. | 08CV3782<br>Judge Anderson<br>Magistrate Judge Schenkier |

## Notice of Voluntary Dismissal

Plaintiff Randall Metals Corporation dismisses its action against defendant Purolator Filters NA, LLC pursuant to FED.R.CIV.P. 41(a)(1)(A)(i). The defendant has not filed an appearance in this action nor served an answer or a motion for summary judgment. Therefore, this notice is effective to dismiss the action as provided for in Rule 41(a)(1)(A) and (B).

RANDALL METALS CORPORATION

By:  s/ Arthur Sternberg
        One of Its Attorneys

Thompson Coburn LLP dba Thompson Coburn Fagel Haber
55 E. Monroe, 40th Floor
Chicago, IL 60603
(312) 580-2235

4783579_1